**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00403-CV

### PROFINITY, LLC, Appellant

### V.

### ONE TECHNOLOGIES, L.P., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03980-A**

## ORDER

We **GRANT** appellant's July 7, 2014 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than August 19, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
          JUSTICE